# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                      Case Number 09-12465 JHW

Debtor: Samuel G. Perez

| Check Number | Creditor | Amount |
|---|---|---|
| 1690761 | Citimortgage, Inc. | 1,058.31 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    May 10, 2010